**Form odefo**  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  19–21741                                    Chapter:  7

In re:

Freddie Joe Borders
PO Box 9574
Mission, KS 66201

SSN: xxx–xx–8851

<table>
<tr><td></td><td><b>Filed and<br>Entered By The Court</b></td></tr>
<tr><td><b>ORDER TO CORRECT DEFECTIVE DOCUMENT(S)</b></td><td><b>8/19/19</b><br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court</td></tr>
</table>

The following document was filed in this matter and is defective for the following reason(s):

*1* – Chapter 7 Voluntary Petition for Individual. Fee Amount $335 Filed by Freddie Joe Borders Debtor Declaration Re: Electronic Filing due by 08/26/2019. (Marshall, Stephen)

**A pdf copy of the matrix was not attached to the voluntary petition.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 6 – 1

s/  Robert D. Berger
Judge, United States Bankruptcy Court